# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0399.  SHANITA MATTHEWS v. MARK BUTLER, COMMISSIONER OF THE DEPARTMENT OF LABOR.

We dismissed as untimely Shanita Matthews's application for discretionary review. Matthews has filed a motion for reconsideration. Upon review of the motion for reconsideration, we agree with Matthews that her application was timely filed. Accordingly, we hereby GRANT Matthew's motion for reconsideration, VACATE our dismissal order of July 21, 2021, and REINSTATE the application.

Upon consideration of the merits of Matthews's application for discretionary appeal, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  08/10/2021*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*